[No. 27717-8-III.   Division Three.   March 24, 2011.]

*In the Matter of the Detention of* JOSEPH DALE CARVER, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 03-2-00680-9, Jack Burchard, J., entered December 18, 2008. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 28240-6-III.   Division Three.   March 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR J. BERGER, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 08-1-01482-2, David A. Elofson, J., entered June 15, 2009. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Kulik, C.J., concurred in by Brown and Korsmo, JJ.

[No. 28911-7-III.   Division Three.   March 24, 2011.]

ROSS WILKINSON ET AL., *Appellants*, v. CHIWAWA COMMUNITIES ASSOCIATION, *Respondent.*

The unpublished opinion in this cause was *withdrawn* by order of the Court of Apeals dated May 26, 2011. Substitute opinion filed. See 162 Wn. App. 1005.

[No. 64429-7-I.   Division One.   March 28, 2011.]

*In the Matter of the Marriage of* SYLVIA FLYNN, *Respondent*, and DENNIS FLYNN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-3-07533-3, Monica J. Benton, J., entered October 23, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Becker and Cox, JJ.